■ In the Matter of Harvey Goldstein, an Attorney.— Motion granted only to the extent of vacating respondent's interim suspension *nunc pro tunc* as of October 15, 1991 and respondent is held harmless from any and all suspension

provisions contained in the order of October 15, 1991 (176 AD2d 572), and the motion is otherwise denied. Concur— Rosenberger, J. P., Wallach, Kassal and Smith, JJ.